UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DURANE ODEN,

    Plaintiff,

    v.

VIPIN SHAH, DR. PHIL MARTIN, and
WEXFORD HEALTH CARE SOURCES,

    Defendants.

Case No. 17-cv-1134-JPG-GCS

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered as follows:

- On Count 1, a deliberate indifference to medical need claim, in favor of defendant Vipin Shah and against plaintiff Durane Oden; and

- On Count 3, a deliberate indifference to medical need claim, in favor of defendant Wexford Health Care Sources and against plaintiff Durane Oden;

and that the foregoing claims are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 2, a deliberate indifference to medical need claim against defendant Dr. Phil Martin, is dismissed without prejudice.

**DATED:** November 5, 2019

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**